\*\*E-filed 3/15/07\*\*

Robert R. Pohls (California Bar #131021)
Stacey L. Leask (California Bar #233281)
**POHLS & ASSOCIATES**
12657 Alcosta Boulevard, Suite 150
San Ramon, California 94583
Telephone: (925) 973-0300
Facsimile: (925) 973-0330

Attorneys for Defendant **Jefferson Pilot Financial Insurance Company**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMI FATEMI,<br><br>           Plaintiff,<br><br>vs.<br><br>JEFFERSON PILOT FINANCIAL INSURANCE COMPANY,<br><br>           Defendant. | Case No. 5:06-CV-006678-JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESET THE FURTHER CASE MANAGEMENT CONFERENCE FOR APRIL 27, 2007** |

///

///

///

---

**STIPULATED AND [PROPOSED] ORDER TO RESET THE FURTHER CASE MANAGEMENT CONFERENCE FOR APRIL 27, 2007**
Case No. 5:06-CV-06678-JF

Page 1

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Homi Fatemi and counsel for defendant Jefferson Pilot Financial Insurance Company, subject to the approval by the Court, that the further case management conference that currently is set for March 30, 2007, be reset for April 27, 2007.  It also is hereby stipulated and agreed that the deadline to conduct a settlement conference be extended to April 27, 2007.

IT IS SO STIPULATED.

Dated: March 9, 2007

        /s/
Homi Fatemi, *Pro Se*

Dated: March 9, 2007

Stacey L. Leask
Attorney for Defendant **Jefferson Pilot Financial Insurance Company**

**ORDER**

IT IS SO ORDERED.

Dated: ___3/15___, 2007

UNITED STATES DISTRICT JUDGE
JEREMY FOGEL

STIPULATED AND [PROPOSED] ORDER TO
RESET THE FURTHER CASE MANAGEMENT
CONFERENCE FOR APRIL 27, 2007
Case No. 5:06-CV-06678-JF